IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re the Bankruptcy of

LINDA MUELLER,

        Debtor.

- - - - - - - - - - - - - - - - - - - - - - -

LINDA MUELLER,

                                      ORDER

        Appellant,

                                    09-cv-137-bbc

     v.

BANK ONE, N.A. and
WILLIAM A. CHATTERTON,
CHAPTER 13 TRUSTEE,

        Appellees.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an October 23, 2009 order, I dismissed debtor/appellant Linda Mueller's appeal in bankruptcy case number 03-17144-rdm-13 because she failed to file her brief in support of her appeal by the October 21, 2009 deadline set by the court.  In that order I stated that appellant "failed to file an initial brief in support of her appeal . . . [a]t this point, I consider

1

that she has abandoned the appeal and will dismiss it." However, appellant has filed a brief, postmarked October 21, 2009, that clearly indicates that she does not wish to abandon her appeal. Therefore, I will reopen the case and set a new briefing schedule on the appeal. Appellees will have until November 9, 2009 to file their brief in opposition, and appellant will have until November 16, 2009 to file her brief in reply.

## ORDER

IT IS ORDERED that this case is REOPENED. Appellees will have until November 9, 2009 to file their brief in opposition, and appellant will have until November 16, 2009 to file her brief in reply.

Entered this 26th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2